### DONALD BULLARD, ADMINISTRATOR OF THE ESTATE OF J. W. BULLARD, DECEASED v. BRYANT JOHNSON.

(Filed 28 April, 1965.)

APPEAL by plaintiff from *May, S. J.,* October 12, 1964, Civil Session of LEE.

MEADOWS *v.* SALES CO.

Action to recover on a promissory note.

Plaintiff, administrator of the estate of J. W. Bullard, alleges that as such administrator he is the holder and owner of a promissory note in the face amount of $7340, dated 10 October 1950, made by defendant and payable to S. D. Brafford or order; the note was endorsed in blank and was in possession of J. W. Bullard at the time of his death; defendant made payments, the last on 8 August 1962, totalling $4165; plaintiff has demanded payment of the balance due and defendant has refused to pay the same.

Defendant defends on the ground that the note "was given by defendant to the payee in sole consideration of amount lost to payee by defendant in wagers on World Series baseball games."

The jury found that the note was given in consideration of a gaming transaction and obligation. Judgment was entered dismissing the action. Plaintiff appeals.

*Teague, Williams & Love for plaintiff.*
*Hoyle & Hoyle for defendant.*

PER CURIAM.  A note given for a gambling debt is void and no action thereon can be maintained. G.S. 16-1; *Bank v. Crafton,* 181 N.C. 404, 107 S.E. 316. Plaintiff makes numerous assignments of error based on 21 exceptions. The record has been carefully examined and each of the exceptions fully considered. They present no unusual or novel question of law, and point to no error warranting a new trial.

No error.